**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **REGINA DELILLO,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | |
| **ABRAHAM INDUSTRIES, INC., t/db/a** | : | **No. 02-CV-5107** |
| **VALLEY FORGE FLAG, INC.,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**DEFENDANTS GREGORY HARRIS' AND SCOTT LIBERMAN'S
<u>MOTION TO DISMISS COUNT I OF THE COMPLAINT</u>**

TO:    Regina DeLillo
       **c/o Debra A. Jensen, Esquire**
       **Galfand Berger LLP**
       1818 Market Street
       Philadelphia, PA  19103-3623

PLEASE TAKE NOTICE that counsel for Defendants Gregory Harris and Scott

Liberman shall appear before the United States District Court for the Eastern District of

Pennsylvania, 601 Market Street, Philadelphia, PA 19103, on the ___ day of _____,

20___, at _____ am/pm, or as soon thereafter as counsel may be heard, to move this Court to

enter an Order granting their Motion to Dismiss Plaintiff's Complaint with prejudice.

1

094280.00217/21063251v1

Defendants Gregory Harris and Scott Liberman shall rely on the accompanying

Memorandum of Law in support of their Motion to Dismiss Count I of the Complaint.


Respectfully submitted,

BLANK ROME COMISKY & McCAULEY LLP


    /s/   Richard S. Meyer
RICHARD S. MEYER, ESQUIRE
MARGARET A. McCAUSLAND, ESQUIRE
JENNIFER J. PLATZKERE, ESQUIRE
One Logan Square
Philadelphia, PA 19103
(215) 569-5665

Attorneys for Defendants
Gregory Harris and Scott Liberman


Dated:  September 25, 2002

094280.00217/21063251v1