IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINA DELILLO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ABRAHAM INDUSTRIES, INC., ET AL. | : | NO. 02-CV-5107 |

ORDER

**AND NOW**, this          day of November, 2002, it is **ORDERED** that the management track of this case shall be changed from "SPECIAL" to "STANDARD."  The Clerk shall modify the docket accordingly.

BY THE COURT:

_____
Berle M. Schiller, J.