IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


REGINA DELILLO

           :         CIVIL ACTION
           :
    vs.          :
           :         NO. 02-CV-5107

ABRAHAM INDUSTRIES, t/d/b/a/
VALLEY FORGE FLAG, et al.

O R D E R


        **AND NOW, TO WIT:** This 19th day of May, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

        **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


                      **MICHAEL E. KUNZ**, Clerk of Court


                      **BY:**_____
                          Patricia A. Callahan
                          Deputy Clerk to
                          Hon. Berle M. Schiller